```
                                                    CLERKS OFFICE U.S. DIST. COURT
                                                       AT CHARLOTTESVILLE, VA
                                                              FILED
        UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF VIRGINIA           July 19, 2024
          CHARLOTTESVILLE DIVISION            LAURA A. AUSTIN, CLERK
                                              BY  s/ S. MELVIN
                                                   DEPUTY CLERK
```

IN THE MATTER OF THE             Magistrate's Docket No.
ADMINISTRATIVE INSPECTION OF
TOP NOTCH PHARAMCY, L.L.C.        Case No. 3:24MJ00032
943 PRESTON AVENUE
CHARLOTTESVILLE, VA 22903

## ADMINISTRATIVE INSPECTION WARRANT RETURN

<u>Date and time warrant executed:</u> July 16, 2024 at 9:00 A.M.

<u>Copy of warrant and inventory left with:</u> Leah Argie, owner of TOP NOTCH PHARMACY, LLC.

<u>Inventory of the property taken:</u>

| Amount or Quantity | Description of Item(s) | Purpose (If Applicable) |
|---|---|---|
| Numerous | Inventory for Drug: Hydroco/APAP 5-325mg | Inspection |
| Numerous | Rx List for Drug: Hydroco/APAP 5-325mg | Inspection |
| Numerous | Inventory for Drug: Amphetamine 20mg | Inspection |
| Numerous | Rx List for Drug: Amphetamine 20mg | Inspection |
| Numerous | CSOS Ordering Paperwork | Inspection |
| Numerous | Medisca Invoices | Inspection |
| Numerous | PCCA Invoices | Inspection |
| Numerous | Detailed Dispensing Default (Testosterone) | Inspection |
| 1 | Top Notch Family Pharmacy Control Substance Policy Updates | Inspection |
| 1 | Top Notch Family Pharmacy Changing On-Hands | Inspection |
| 1 | Electronic Copy of Hard Drive | Inspection |
| Numerous | Inventory for Drug: Amphet/Dextr 20mg | Inspection |
| Numerous | Rx List for Drug: Amphet/Dextr 20mg | Inspection |
| Numerous | Inventory for Drug: Adderall XR 20mg | Inspection |
| Numerous | Rx List for Drug: Adderall XR 20mg | Inspection |
| Numerous | Inventory for Drug: Oxycodone 10mg | Inspection |
| Numerous | Rx List for Drug: Oxycodone 10mg | Inspection |
| Numerous | Inventory for Drug: Methylphenidate 5mg | Inspection |
| Numerous | Rx List for Drug: Methylphenidate 5mg | Inspection |

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____July 18, 2024_____

*Jorge L. Roldan Cubero*

*Executing agent signature*

Jorge L. Roldan Cubero, DI
_____
*Printed name and title*

Received in chambers by reliable electronic means on July 19, 2024.

*[signature]*

USMJ

# RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)
**Top Notch Pharmacy, LLC**

CASE NO.

G-DEP

FILE TITLE

FROM CLAIMANT (IMPREST ONLY):
NAME **Jorge L. Roldan Cubero**
LAST FOUR DIGITS OF SSN

GROUP **65**

DATE **July 16, 2024**

DIVISION/DISTRICT OFFICE
**RDO**

CS NUMBER

CALENDAR YEAR CAP

LIFETIME CAP

EXTENSION APPROVAL
DATE EXTENDED THROUGH:

APPROVER

Title (and printed name/date if not signed digitally)

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| Numerous | Inventory for Drug: Hydroco/APAP 5-325mg | Inspection |
| Numerous | Rx List for Drug: Hydroco/APAP 5-325mg | Inspection |
| Numerous | Inventory for Drug: Amphetamine 20mg | Inspection |
| Numerous | Rx List for Drug: Amphetamine 20mg | Inspection |
| Numerous | CSOS Ordering paperwork | Inspection |
| Numerous | Medisca Invoices | Inspection |
| Numerous | PCCA Invoices | Inspection |
| Numerous | Detailed Dispensing Default (Testosterone) | Inspection |
| 1 | Top Notch Family Pharmacy Control Substance Policy Updates | Inspection |
| 1 | Top Notch Family Pharmacy Changing On-Hands | Inspection |
| 1 | Electronic copy of Harddrive | Inspection |

First Level Approver — Title (and printed name/date if not signed digitally)

Second Level Approver, if any — Title (and printed name/date if not signed digitally)

Third Level Approver, if any — Title (and printed name/date if not signed digitally)

Additional Approver, if any — Title (and printed name/date if not signed digitally)

RECEIVED BY (Signature) [signature]

NAME, TITLE and DATE
**Leah Argie PIC 7/16/24**

WITNESSED BY (Signature) [signature]

NAME, TITLE and DATE
**Jorge L. Roldan Cubero, DI 7/16/24**

DOCUMENT NUMBER / FISCAL INFORMATION

FORM DEA-12 (DEC 2021)

Email Form

# RECEIPT FOR CASH OR OTHER ITEMS

**TO:** (Name, Title, Address (including ZIP CODE), if applicable)

Top Notch Pharmacy, LLC

**FROM CLAIMANT (IMPREST ONLY):**
**NAME** Jorge L. Roldan Cubero
**LAST FOUR DIGITS OF SSN**

**GROUP** 65

**DIVISION/DISTRICT OFFICE**
RDO

**CASE NO.**

**G-DEP**

**FILE TITLE**

**DATE** July 16, 2024

**CS NUMBER**

**CALENDAR YEAR CAP**

**LIFETIME CAP**

**EXTENSION APPROVAL**        **APPROVER**        Title (and printed name/date if not signed digitally)
**DATE EXTENDED THROUGH:**

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| Numerous | Inventory for Drug: Amphet/Dextr 20mg | Inspection |
| Numerous | Rx List for Drug: Amphet/Dextr 20mg | Inspection |
| Numerous | Inventory for Drug: Adderall XR 20mg | Inspection |
| Numerous | Rx List for Drug: Adderall XR 20mg | Inspection |
| Numerous | Inventory for Drug: Oxycodone 10mg | Inspection |
| Numerous | Rx List for Drug: Oxycodone 10mg | Inspection |
| Numerous | Inventory for Drug: Methylphenidate 5mg | Inspection |
| Numerous | Rx List for Drug: Methylphenidate 5mg | Inspection |

First Level Approver        Title (and printed name/date if not signed digitally)
Second Level Approver, if any        Title (and printed name/date if not signed digitally)
Third Level Approver, if any        Title (and printed name/date if not signed digitally)
Additional Approver, if any        Title (and printed name/date if not signed digitally)

**RECEIVED BY (Signature)**        **NAME, TITLE and DATE**
        Leah Argie PIC 7/16/24

**WITNESSED BY (Signature)**        **NAME, TITLE and DATE**
        Jorge L. Roldan Cubero, DI 7/16/24

**DOCUMENT NUMBER / FISCAL INFORMATION**

FORM DEA-12 (DEC 2021)

Email Form